UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MALACHI KILGORE, *also known as* MANIFEST-ALLAH,<br><br>Plaintiff,<br><br>v.<br><br>KERI GERLICHER,<br><br>Defendant. | Civil No. 11-2571 (JRT/FLN)<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

_____

Malachi Kilgore, #205781, Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, pro se plaintiff.

Jackson Evans, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** 445 Minnesota Street, Suite 900, St. Paul, MN 55101, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel, dated May 21, 2012 [Docket No. 33]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment [Docket No. 17] is **DENIED WITHOUT PREJUDICE.**

Dated: June 12, 2012
at Minneapolis, Minnesota                        s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                     United States District Judge